COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TAMMY ROBERTSON, | § | |
| Appellant, | § | |
| v. | § | No. 08-09-00072-CV |
| | § | Appeal from the |
| LINDA VISTA VILLAGE APARTMENTS, BROOKHOLLOW HOLDINGS, L.P., BROOKHOLLOW MANAGEMENT, L.L.C., OAKWOOD PROPERTY COMPANY, | § | County Court at Law No. 6 |
| | § | of El Paso County, Texas |
| | § | (TC# 2006-757) |
| Appellees. | § | |
| | § | |

## <u>MEMORANDUM OPINION</u>

Pending before the Court is a joint motion to dismiss this appeal pursuant to Tex.R.App.P. 42.1(a). The parties represent that they have settled all of the claims and causes of action pending in the underlying lawsuit and have agreed to dismiss the appeal pursuant to their agreement. The motion satisfies the requirements of Rule 42.1(a).

Having considered the motion, we conclude it should be GRANTED. We therefore dismiss the appeal and assess costs against the party incurring the same pursuant to the settlement agreement. *See* Tex.R.App.P. 42.1(d).

December 15, 2010

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.